UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SHARON RIVERS,

            Plaintiff,                             **MOTION SCHEDULING ORDER**

   -vs-

CITY OF ROCHESTER,                                 06-CV-6391L

            Defendants.
_____

On February 28, 2012, plaintiff filed a motion for a new trial (Dkt. #112). All responding papers relevant to this motion must be filed with the Court by March 26, 2012. Reply papers by the moving party must be filed no later than eight (8) business days following the filing of responding papers.

When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

IT IS SO ORDERED.

                                      _____
                                         DAVID G. LARIMER
                                     United States District Judge

Dated: Rochester, New York
       March 5, 2012.